5877.   PERUVIAN GUANO CORPORATION *v.* McGHEE COTTON CO.

BROYLES, J. Under the pleadings and the evidence in this case, a verdict for the full amount sued for was strongly authorized (if not demanded), and the court erred in granting a nonsuit.          *Judgment reversed.*.
               DECIDED MAY 17, 1915.

Complaint; from city court of Floyd county—Judge Reece. June 19, 1914.

*Lipscomb & Willingham, Nathan Harris,* for plaintiff.

*M. B. Eubanks,* for defendant.